UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :    ORDER
                                          :
        - v. -                            :    S2 15 Cr. 765
                                          :
EFRAIN ANTONIO CAMPO FLORES and           :
FRANQUI FRANCISCO FLORES DE FREITAS,      :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

        Upon the application of the United States, by the United

States Attorney for the Southern District of New York, Preet

Bharara, by Assistant United States Attorney Brendan F. Quigley;

        It is found that the Indictment in the above-captioned

action, S2 15 Cr. 765, is currently sealed and the United States

Attorney's Office has applied to have that Indictment unsealed,

it is therefore

        ORDERED that the Indictment, S2 15 Cr. 765, in the above-

captioned action be unsealed and remain unsealed pending further

order of the Court.

Dated:    New York, New York
          November 12, 2015


                                _____
                                THE HONORABLE JAMES L. COTT
                                UNITED STATES MAGISTRATE JUDGE
                                SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 12 2015