

"Reilly, John J."
<john.reilly@squirepb.com>
11/25/2015 10:03 AM

To "CrottyNYSDChambers@nysd.uscourts.gov"
<CrottyNYSDChambers@nysd.uscourts.gov>,
"Marlon_Ovalles@nysd.uscourts.gov"

cc "Bove, Emil (USANYS)" <Emil.Bove@usdoj.gov>, "Laroche, Matthew (USANYS)" <Matthew.Laroche@usdoj.gov>, "Quigley, Brendan (USANYS)"

bcc

Subject RE: USA v. Campo Flores et al (15-cr-00765)

Dear Judge Crotty

We are counsel for defendant Efrain Antonio Campo Flores in this matter. At our request Your Honor has scheduled a conference in the matter for Wednesday, December 2, 2015 at 3pm. We are writing to respectfully request an adjournment of two weeks to a date in the week of December 14, 2015 at the Court's convenience. We have conferred with Mr. Vincent Southerland and Mr. Jonathan Marvinny of the Federal Defenders of New York, Inc. which represents the co-defendant and they consent to the adjournment. This is our second request for an adjournment.

The Assistant US Attorneys assigned to the case also consent to the adjournment. We consent to the further exclusion of time until the new date. Counsel for all parties are copied on this message.

Respectfully submitted,

**SQUIRE◯**
**PATTON BOGGS**

John J. Reilly
Senior Partner
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
T  +1 212 872 9865
O  +1 212 872 9800
F  +1 212 872 9815
M  +1 917 499 2001
John.Reilly@squirepb.com | squirepattonboggs.com

Upon the parties consent - and the exclusion of time, the matter is adjourned to 12/17/2015 @ 11:00 AM.

SO ORDERED: 11-25-15

/s/ Paul Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

cc: Courtroom Deputy Mr. Marlon Ovalles

---

44 Offices in 21 Countries