```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :    STIPULATED
       - v. -                          :    PROTECTIVE ORDER
                                       :
EFRAIN ANTONIO CAMPO FLORES, and       :    S2 15 Cr. 765 (PAC)
FRANQUI FRANCISCO FLORES DE FREITAS,   :
                                       :
                       Defendants.     :
- - - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-4-15

HONORABLE PAUL A. CROTTY, District Judge:

    WHEREAS, EFRAIN ANTONIO CAMPO FLORES and FRANQUI FRANCISCO FLORES DE FREITAS, the defendants, have sought from the Government access to certain recordings and electronic communications that are discoverable pursuant to Rule 16 of the Federal Rules of Criminal Procedure ("Rule 16") and which were recorded by a confidential source or sources;

    WHEREAS, the Government intends to produce to the defendants these recordings and electronic communications (the "protected recordings") and accompanying draft summaries and transcripts, to the extent available (collectively, the "protected materials");

    WHEREAS, the Government desires to protect the identity of the confidential source(s) who made the recordings and electronic communications contained in the protected materials; and

WHEREAS, in the interest of expediting the discovery process, EFRAIN ANTONIO CAMPO FLORES, the defendant, by his attorneys John J. Reilly, Rebekah J. Poston, and Alfredo Anzola, and FRANQUI FRANCISCO FLORES DE FREITAS, the defendant, by his attorneys Vincent M. Southerland and Jonathan A. Marvinny, consent to the entry of this protective order;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The protected materials shall be used by the defendants, their counsel, and their counsel's agents only for purposes of defending the charges, in connection with sentencing, and pursuing any appeals, in this criminal action. To the extent the protected materials are shown to additional persons consistent with the terms set forth below, those additional persons may only use the protected materials in connection with this criminal action.

2. The Government will mark all items subject to this protective order in a manner indicating their protected status.

3. The protected materials and the information and identities contained or disclosed therein:

    (a) Shall be used by the defendants and their counsel only for purposes of this action;

    (b) Shall not be disclosed in any form by either defendant or their counsel except as set forth in paragraph 3(c) below;

    (c) May be disclosed only by a defendant's counsel

and only to the following persons (hereinafter "Designated Persons"):

    (i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendants' attorneys;

    (ii) independent expert witnesses, investigators or advisors retained by the defendants in connection with this action; and

    (iii) upon a motion by either defendant pursuant to paragraph 5 below, to show (but not provide copies of) protected materials to such other persons as hereafter may be authorized by the Court; and

(d) Shall be returned to the Government following the conclusion of this case.

4. The defendants and their counsel shall provide a copy of this protective order to Designated Persons to whom the protected materials are disclosed pursuant to paragraph 3(c)(i), (ii) and (iii). Designated Persons shall be subject to the terms of this order.

5. Defense counsel may seek authorization of the Court -- including on an *ex parte* basis, where appropriate -- to show (but

3

not provide copies of) certain specified discovery materials to persons whose access to discovery materials is otherwise prohibited by the preceding paragraphs, if it is determined by the Court that such access is necessary for the purpose of preparing the defense of the case.

6. The provisions of this order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, sentencing, or appeal proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

AGREED AND CONSENTED TO:

_____          12/3/15
John J. Reilly                           Date
Rebekah J. Poston
Alfredo Anzola
Attorneys for
EFRAIN ANTONIO CAMPO FLORES

_____          12/3/15
Vincent M. Southerland                   Date
Jonathan A. Marvinny
Attorneys for
FRANQUI FRANCISCO FLORES DE FREITAS

SO ORDERED:

_____          12/4/2015
HONORABLE PAUL A. CROTTY                 Date
United States District Judge
Southern District of New York

4