Exhibit J

**Exhibit J.  Summary of Recordings Produced in Discovery**

*(Approximate durations in H:MM:SS format)*

## I.    Late-October 2015 Meetings in Venezuela

| Approx. Date | File Name | Recording Type | Approx. Duration |
|---|---|---|---|
| Oct. 23, 2015 | CCR_0009.wav | Audio | 1:13:25 |
| Oct. 23, 2015 | video_20151023_205231.avi | Video | 19:51 |
| Oct. 23, 2015 | video_20151023_211223.avi | Video | 19:59 |
| Oct. 23, 2015 | video_20151023_213223.avi | Video | 12:33 |
|  |  |  |  |
| Oct. 26, 2015 | CCR_0010.wav | Audio | 1:43:45 |
| Oct. 26, 2015 | video_20151026_185407.avi | Video | 19:06 |
| Oct. 26, 2015 | video_20151026_191316.avi | Video | 19:59 |
| Oct. 26, 2015 | video_20151026_193315.avi | Video | 19:59 |
| Oct. 26, 2015 | video_20151026_195316.avi | Video | 19:58 |
| Oct. 26, 2015 | video_20151026_201315.avi | Video | 18:49 |
|  |  |  |  |
| Oct. 27, 2015 | CCR_0011.wav | Audio | 48:19 |
| Oct. 27, 2015 | video_20151027_233148.avi | Video | 18:27 |
| Oct. 27, 2015 | video_20151027_235017.avi | Video | 00:39 |
| Oct. 27, 2015 | video_20151027_235101.avi | Video | 1:34 |
| Oct. 27, 2015 | video_20151027_235302.avi | Video | 9:50 |

## II.    Early-November 2015 Meetings in Honduras

| Approx. Date | File Name | Recording Type | Approx. Duration |
|---|---|---|---|
| Nov. 5, 2015 | CCR_0005.wav | Audio | 22:30 |
| Nov. 5, 2015 | 11052026_0015.MOV | Video | 15:00 |
| Nov. 5, 2015 | 11052041_0016.MOV | Video | 08:55 |
| Nov. 5, 2015 | 11052050_0017.MOV | Video | 00:01 |
| Nov. 5, 2015 | 11052050_0018.MOV | Video | 00:02 |
|  |  |  |  |
| Nov. 6, 2015 | CCR_0006.wav | Audio | 00:03 |
| Nov. 6, 2015 | CCR_0007.wav | Audio | 1:01:10 |
| Nov. 6, 2015 | 11062156_0019.MOV | Video | 00:46 |
| Nov. 6, 2015 | 11062157_0020.MOV | Video | 08:11 |
| Nov. 6, 2015 | 11062208_0021.MOV | Video | 15:00 |
| Nov. 6, 2015 | 11062223_0022.MOV | Video | 15:00 |
| Nov. 6, 2015 | 11062238_0023.MOV | Video | 15:00 |
| Nov. 6, 2015 | 11062253_0024.MOV | Video | 2:48 |
| Nov. 6, 2015 | 11062300_0025.MOV | Video | 0:04 |

**III.**    **November 10, 2015 Meeting in Haiti**

| Approx. Date | File Name | Recording Type | Approx. Duration |
|---|---|---|---|
| Nov. 10, 2015 | FLORES CC RECORDING.wav | Audio | 52:01 |
| Nov. 10, 2015 | video_20151110_102935.avi | Video | 19:53 |
| Nov. 10, 2015 | video_20151110_104930.avi | Video | 8:58 |