

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 11, 2016

By ECF and Email
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Email: CrottyNYSDChambers@nysd.uscourts.gov

      Re:    <u>United States v. Efrain Antonio Campo Flores, *et ano.*,</u>
              S5 15 Cr. 765 (PAC)

Dear Judge Crotty:

      The Government writes in response to the defendants' October 10, 2016 letter regarding three grand jury subpoenas sent recently by the Government to third parties (the "Third Parties"). The defendants' spurious claims of political motivations underlying this prosecution are baseless, and their legal contentions are meritless.

      The defendants' arguments fail at the outset because the defendants lack standing to challenge the subpoenas. In any event, there is nothing inappropriate about the manner in which the Government used them. Transmittal of subpoenas via email is a common practice. Indeed, the defendants transmitted subpoenas relating to law enforcement personnel to the Government via email in connection with the suppression hearing in this case. There was nothing irregular about the Government using that method with respect to the Third Parties, as documents obtained by the Government list addresses in the United States for each of them.[1] The Third Parties are, of course, free to object to the Government's method of service or inform the Government if, as the defense asserts, they are presently located outside the country. The Government will also seek to facilitate appointments of counsel, if warranted, for each of the Third Parties (including by taking efforts to do so remotely if appropriate). But the Government will discuss each of those issues with the Third Parties or their representatives, rather than the defendants' attorneys.

      Finally, the subpoenas were issued for a proper purpose. As the Court is aware, while the Government is preparing for trial in this case, it is continuing with related criminal investigations. It should not come as a surprise to the defendants that one of those investigations

---

[1] The Government is prepared to make a supplemental submission describing the evidentiary bases for the Government's beliefs regarding the Third Parties' ties to the United States to the extent it would be helpful to the Court in addressing the issues raised by the defendants.

Hon. Paul A. Crotty Page 2
October 11, 2016

relates to the individuals identified by the defendants as co-conspirators during their confessions, or that the Government has identified additional individuals who may possess information relevant to ongoing criminal investigations as it conducts a more focused review of its evidence in preparation for trial.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

By: _____
        Emil J. Bove III
        Brendan F. Quigley
        Assistant United States Attorneys
        (212) 637-2444

Cc: Defense Counsel
    (Via Email)